IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE CORNERSTONE GROUP
agent of
Parkview Apts,

    Plaintiff,

     v.

STEPHEN FREEMAN,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-3161-TWT

**ORDER**

    This is a dispossessory action wrongfully removed to this Court.  It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case for lack of subject matter jurisdiction to the Magistrate Court of Cobb County.  The problems that Plaintiff has had with the apartment do not confer federal court jurisdiction of a case such as this.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

SO ORDERED, this 10 day of December, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge